UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MUKESH SINGH, A# 73-218-766, | No. 03-72088 |
| Petitioner - Appellant, | D.C. No. 2:09-cv-00397-JLR |
| v. | Western District of Washington, Seattle |
| ERIC H. HOLDER, Jr., Attorney General, Attorney General of the United States; et al., | ORDER |
| Respondents - Appellees. | |

Before: B. FLETCHER, PAEZ, and IKUTA, Circuit Judges.

The court's Order, filed on December 21, 2006, denying Petitioner's Renewed Motion to Reinstate is VACATED. Petitioner's Motion to Reinstate Petition for Review, filed on January 12, 2009 is GRANTED. The Clerk's Office shall set a renewed briefing schedule.

Petitioner's Motion to Reinstate, filed on November 30, 2006, is DENIED as moot.